### Commonwealth *v.* Ingram, Appellant.

Argued September 10, 1968. *Stephen R. Bolden,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Victor J. DiNubile, Jr.,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Kollmann, Appellant.

Argued September 13, 1968. *Mervyn R. Turk,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, with him *Vram S. Nedurian,* Assistant District Attorney, *William R. Toal,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.